JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAISHA TYSHARI BROWDER, individually; and DORISTEEN COLEMAN, as guardian ad litem for her minor children, D.K.A. and M.K.T., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; JEREMIAH CORNETT; THOMAS BOYDSTON; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:19-cv-02306-JGB (SPx) <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

## **JUDGMENT**

Pursuant to the "Order Granting Defendants' Motions for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the motion for summary judgment filed by Defendants San Bernardino County and Jeremiah Cornett ("County MSJ"), as well as the motion for summary judgment filed by Defendant Thomas Boydston ("Boydston MSJ"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The County MSJ and Boydston MSJ are both **GRANTED**.
2. Final judgment be **ENTERED** in favor of Defendants San Bernardino County,

Jeremiah Cornett, and Thomas Boydston on all causes of action asserted against them in Plaintiffs' first amended complaint. Plaintiffs shall take nothing by way of their first amended complaint.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
Honorable Jesus G. Bernal
United States District Judge